UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            )      CRIMINAL NO. 05M-1043-JGD
                              )
TYRONE BATTLE,                )
                              )
        Defendant.            )

## NOTICE OF APPEARANCE OF ANTOINETTE E.M. LEONEY

I hereby give notice of my appearance for the United States of America in this matter in lieu of Assistant United States Attorney James F. Lang, who has this day filed a *Notice of Withdrawal* with the Court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    _____
       ANTOINETTE E.M. LEONEY
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
Date: February 23, 2005         (617) 748-3100

CERTIFICATE OF SERVICE

Suffolk, ss.                         Boston, Massachusetts
                                     February 23, 2005

I, Antoinette E.M. Leoney, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by hand, to Mark Shea, Esq., 47 Third Street, Suite 201, Cambridge, MA 02141-1265.

_____
ANTOINETTE E.M. LEONEY