```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
v.                            ) CRIMINAL NO. 05M-1043-JGD
                              )
TYRONE BATTLE,                )
                              )
          Defendant.          )
```

### NOTICE OF WITHDRAWAL OF JAMES F. LANG

I hereby give notice of my withdrawal for the United States of America in the above-captioned matter, *in lieu* of Assistant United States Attorney Antoinette E.M. Leoney, who has this day filed a *Notice of Appearance* with the Court.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                         By:    /s/ James F. Lang
                                JAMES F. LANG
                                Assistant U.S. Attorney
                                1 Courthouse Way, Suite 9200
                                Boston, MA 02210
Date: February 22, 2005         (617) 748-3100

### CERTIFICATE OF SERVICE

Suffolk, ss.                    Boston, Massachusetts
                                February 23, 2005

   I, James F. Lang, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by hand, to Mark Shea, Esq., 47 Third Street, Suite 201, Cambridge, MA 02141-1265.

                                /s/ James F. Lang
                                JAMES F. LANG