AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

TYRONE BATTLE
15 Dunlap Street, First-floor Apartment
Dorchester, MA

## WARRANT FOR ARREST

CASE NUMBER: 05M-1043-JGD

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
2005 FEB 17 P 4:49
U.S. MARSHAL SERVICE
BOSTON, MA

YOU ARE HEREBY COMMANDED to arrest ___Tyrone Battle___
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
being a previously convicted felon in possession of a firearm and ammunition

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

JUDITH G. DEIN
Name of Issuing Officer

_/s/ Judith G. Dein_
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

02-17-2005   Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY ATF
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 2/17/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.