UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TYRONE B. BATTLE, )<br>A/K/A TYERONE BATTLE, )<br>)<br>Defendant. ) | 05 CR 10053 NMG<br>CRIMINAL NO.:<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1) –<br>  Felon in Possession of a<br>  Firearm and Ammunition |

INDICTMENT

COUNT ONE:   (Title 18, United States Code, Section 922(g)(1) –
             Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about December 20, 2004, at Dorchester, in the District of Massachusetts,

TYRONE B. BATTLE, A/K/A TYERONE BATTLE,

defendant herein, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Bryco Arms, Model Bryco 59, 9mm semi-automatic pistol, bearing serial number 812439, and one (1) round of .380 caliber ammunition, in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

_/s/ Jane Burke_
FOREPERSON OF THE GRAND JURY

_[signature]_
Assistant United States Attorney

DISTRICT OF MASSACHUSETTS                    March 9, 2005

Returned into the District Court by the Grand Jurors and filed.

_/s/ Thomas F. Quinn_
Deputy Clerk  2:10 pm
3/9/05

%JS 45 (5/97) - (Revised USAO MA 1/15/04)      05 CR 10053 NMG

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____     Category No. __II__     Investigating Agency __ATF__

City    Dorchester_____          Related Case Information:

County  Suffolk_____          Superseding Ind./ Inf. _____   Case No. _____
                                    Same Defendant    __X__    New Defendant _____
                                    Magistrate Judge Case Number   __05M-1043-JGD__
                                    Search Warrant Case Number   _____
                                    R 20/R 40 from District of   _____

## Defendant Information:

Defendant Name   TYRONE B. BATTLE_____        Juvenile   ☐ Yes   ☒ No

Alias Name       TYERONE BATTLE_____

Address          15 Dunlap Street, Apt. #1, Dorchester, MA 02124_____

Birth date (Year only): 1980   SSN (last 4 #): 9632   Sex M   Race: B   Nationality: U.S.A.

Defense Counsel if known:  Mark W. Shea, Esq.    Address: 47 Third Street, Suite 201
                                                          Cambridge, MA 02141-1265

Bar Number: _____

## U.S. Attorney Information:

AUSA   Antoinette E.M. Leoney_____      Bar Number if applicable   545567

Interpreter:  ☐ Yes  ☒ No        List language and/or dialect:   N/A

Matter to be SEALED:   ☐ Yes   ☒ No

☐ Warrant Requested        ☐ Regular Process        ☒ In Custody

## Location Status:

Arrest Date:   February 18, 2005

☒ Already in Federal Custody as of   February 18, 2005   in   Plymouth H.O.C./Detention Facility
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:   ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:   ☐ Petty   ☐ Misdemeanor   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  March 9, 2005         Signature of AUSA:  _Antoinette M. Leoney_

05 CR 10053

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   TYRONE B. BATTLE, A/K/A TYERONE BATTLE

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §922(g)(1) | Felon in Possession of Firearm & Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____