THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   Criminal No.  05-10053-NMG
                                )
TYRONE B. BATTLE,               )
a/k/a TYERONE BATTLE,           )
                                )
        Defendant.              )


         **JOINT MEMORANDUM UNDER LOCAL RULE 116.5(C)**

    Pursuant to Local Rule 116.5(C), the parties hereby submit this Joint Memorandum to address issues relative to the progress of this case.

    1.  There are no anticipated discovery issues to be resolved by the Court.

    2.  Although the government has provided the defendant with all documents and discoverable materials in this case, the government may receive additional discoverable information, which it will turn over to the defense.

        Additionally, the defendant does not presently have any discoverable information, but pursuant to her agreement to provide reciprocal discovery, will provide the government with any such information received in the future.

    3.  The defendant does not plan to present a defense of insanity.

    4.  The government has requested notice of an alibi; the defendant does not intend to offer a defense of alibi.

    5.  This Court has previously granted the defendant until June 1, 2005, to file any dispositive motions.

    6.  In the event that the defendant files any dispositive motions, the Court will likely need to schedule a hearing on said motions.  Otherwise, the parties do not believe any schedule needs to be set concerning any matter in the case other than a trial date.

    7.  There have been no discussions regarding the possibility of an early resolution of the case without

      a trial.  However, no resolution appears likely at the present time.

8. This Court previously excluded the time period from March 15, 2005 (date of arraignment) through June 1, 2005 (date by which dispositive motions are to be filed), leaving zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

9. The parties estimate that the trial will last a total of 3-5 days.


Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN | TYRONE B. BATTLE, |
| United States Attorney | Defendant |
| | |
| By: /s/Antoinette E.M. Leoney | /s/Mark W. Shea/AEL |
| ANTOINETTE E.M. LEONEY | Mark W. Shea, Esq. |
| Assistant U.S. Attorney | Jean C. LaRocque, Esq. |
| 1 Courthouse Way, Suite 9200 | Shea, LaRocque & Wood, LLP |
| Boston, MA 02210 | 47 Third Street, Suite 201 |
| (617) 748-3103 | Cambridge, MA 02141-1265 |
| | (617) 577-8722 |


Dated:  May 24, 2005