UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10053-NMG

UNITED STATES OF AMERICA

v.

TYRONE B. BATTLE

**FURTHER ORDER ON EXCLUDABLE TIME**

May 24, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 24, 2005 through June 20, 2005,

that being the period between the Final Status Conference and the date by which dispositive motions are to be filed.

Based upon the prior order of the court dated March 15, 2005, April 26, 2005 and this order, as of June 20, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge