UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                             Docket No. 05 CR 10053 NMG

TYRONE BATTLE

**MOTION FOR EXTENSION OF TIME TO FILE MOTION TO SUPPRESS**

Defendant Tyrone Battle respectfully moves this Court that he be granted a two-day extension, until June 22, 2005, in which to file a motion to suppress. The Magistrate Judge had ordered on May 24, 2005, that defendant's dispositive motions were due June 20, 2005.

As reason therefore, counsel for defendant had dental work done on June 16, 2005, which had some complications and resulted in his being unable to complete the motion on time.

Undersigned counsel has attempted to contact Assistant U.S. Attorney Antoinette Leoney for her consent, but was unable to reach her. The defendant agrees that the continuance requested will constitute excludable time for purposed of the Speedy Trial Act.

Respectfully submitted,
TYRONE BATTLE
By his attorney,

/s/_____
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
telephone:    617.577.8722
facsimile:    617.577.7897
e-mail:       mwshea@slrw.net

1