UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                  Docket No. 05-cr-10053-NMG

TYRONE BATTLE

**AFFIDAVIT OF CHADENA AWOGBORO
IN SUPPORT OF MOTION TO SUPPRESS**

I, Chadena Awogboro, state the following under the pains and penalties of perjury:

1. I live in the first-floor apartment at 15 Dunlap Street, Dorchester, Massachusetts.

2. Tyrone Battle is my boyfriend. He lives with me in the apartment.

3. On December 20, 2004 around 3:30 p.m. I was in the second-floor apartment of 15 Dunlap Street, Dorchester, Massachusetts at the invitation of Sandra Pringle.

4. The apartment is rented by Sandra Pringle, a friend of mine.

5. I overheard several police officers come to the door.

6. Although I could not see them because I was in another room in the apartment, it sounded to me like the officers forced their way into Ms. Pringle's apartment.

7. I heard Ms. Pringle say to the police, "Wait a minute, wait a minute. What's going on?" or something similar to that.

Dated this 26 day of June 2005.

_____
Chadena Awogboro