UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10053-NMG |
| ) | |
| TYRONE B. BATTLE, ) | |
| a/k/a TYERONE BATTLE, ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS**

The government respectfully moves for an extension of time within which to file its opposition to Defendant Tyrone B. Battle's motion to suppress evidence and statements, which was filed on or about June 22, 2005. [See Docket #22, #23, #24]. The government's opposition is required to be filed by July 14, 2005. [See Docket #18]. The government, however, requests an extension from the applicable time requirements, until July 29, 2005 to file its opposition.

As grounds therefor, the government states the following:

1.   Counsel for the defendant intends to file a supplemental memorandum to defendant's motion to suppress.

2.   The government needs the additional time to file its opposition due to trial/evidentiary hearing schedule, vacation plans, heavy workload, and other more immediate pressing matters requiring the undersigned's attention.

3.   No hearing date has been scheduled on the suppression motion.

4.   Counsel for the defendant has given his assent to the government's request for extension of time.

WHEREFORE, the government respectfully requests that the Court grant it **until July 29, 2005** to file its opposition to the defendant's motion to suppress evidence and statements.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

 /s/Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney
(617) 748-3100

Date:  July 12, 2005

CERTIFICATE OF SERVICE

Suffolk, ss.                         Boston, Massachusetts
                                     July 12, 2005

   I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic notice to Mark W. Shea, Esq., Shea, LaRocque & Wood, LLP, 47 Third Street, Suite 201, Cambridge, MA 02141-1265, the counsel of record.

 /s/Antoinette E.M. Leoney
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney