UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                  CRIMINAL NO. 05-10053-NMG

TYRONE BATTLE

**DEFENDANT'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO SUPPRESS EVIDENCE AND STATEMENTS**

Defendant Tyrone Battle, by and through counsel, hereby respectfully requests that he be allowed to file a supplemental memorandum of law in support of his motion to suppress. As reason therefore, after defendant filed his original motion and memorandum, the First Circuit Court of Appeals issued a decision, U.S. v. Martins, 2005 WL 1502939 (1st Cir. June 27, 2005), which impacts defendant's case.

Respectfully submitted,
TYRONE BATTLE
By his attorney

/s/_____
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

1