```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No.  05-10053-NMG |
| | ) |
| TYRONE B. BATTLE, | ) |
| a/k/a TYERONE BATTLE, | ) |
| | ) |
| Defendant. | ) |

GOVERNMENT'S MOTION FOR LEAVE TO FILE GOVERNMENT'S
MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION
<u>TO SUPPRESS EVIDENCE AND STATEMENTS THREE DAYS LATE</u>

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Antoinette E.M. Leoney, hereby files this motion for leave to file its Memorandum of Law in Opposition to Defendant's Motion to Suppress Evidence and Statements, and Supplemental Exhibits, three (3) days late.  Said Memorandum of Law and Supplemental Exhibits was due to be filed by July 29, 2005.

The government has this day also simultaneously filed with the Court its aforementioned Memorandum of Law and its Supplemental Exhibits (which have been filed under seal).

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Dated: August 1, 2005         (617) 748-3103
```

CERTIFICATE OF SERVICE

Suffolk, ss.                              Boston, Massachusetts
                                          August 1, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic notice to Mark W. Shea, Esq., Shea, LaRocque & Wood, LLP, 47 Third Street, Suite 201, Cambridge, MA 02141-1265, the counsel of record.

                                        /s/Antoinette E.M. Leoney
                                        ANTOINETTE E.M. LEONEY