```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )   Criminal No.  05-10053-NMG
                              )
TYRONE B. BATTLE,             )
a/k/a TYERONE BATTLE,         )
                              )
          Defendant.          )
```

GOVERNMENT'S MOTION FOR LEAVE TO FILE THREE EXCESS PAGES TO GOVERNMENT'S MEMORANDUM OF LAW IN OPPOSITION TO <u>DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND STATEMENTS</u>

The United States of America, by and through its attorneys, Michael J. Sullivan, United States Attorney, and Assistant U.S. Attorney Antoinette E.M. Leoney, hereby files this motion for leave to file three (3) excess pages to its Memorandum of Law in Opposition to Defendant's Motion to Suppress Evidence and Statements [Docket # 29].

WHEREFORE, the government respectfully requests that the Court grant the within motion.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Dated: August 1, 2005         (617) 748-3103
```

CERTIFICATE OF SERVICE

Suffolk, ss.                           Boston, Massachusetts
                                       August 1, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic notice to Mark W. Shea, Esq., Shea, LaRocque & Wood, LLP, 47 Third Street, Suite 201, Cambridge, MA 02141-1265, the counsel of record.

                                          /s/Antoinette E.M. Leoney
                                          ANTOINETTE E.M. LEONEY