```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10053-NMG |
| ) | |
| TYRONE B. BATTLE, ) | |
| a/k/a TYERONE BATTLE, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO SCHEDULE A STATUS/PRETRIAL CONFERENCE**

The government respectfully moves for a Status/Pretrial Conference in the above-captioned case.

As grounds therefor, the government states the following:

1. On or about October 20, 2005, the Court issued a Memorandum and Order denying the defendant's motion to suppress evidence. As of the same date, the Speedy Trial clock began to run. There are no pending motions before the Court.

2. The parties have discussed the possibility of this case being resolved by a guilty plea, but as it now stands, no agreement has been reached.

WHEREFORE, the government respectfully requests that the Court grant its motion and schedule a Status/Pretrial Conference in this case.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney
                         By:

                               /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              Assistant U.S. Attorney
Date: November 6, 2005        (617) 748-3103
```

CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                            November 6, 2005

    I, Antoinette E.M. Leoney, Assistant U.S. Attorney, certify that I caused a copy of the foregoing to be served by electronic notice to Mark W. Shea, Esq., Shea, LaRocque & Wood, LLP, 47 Third Street, Suite 201, Cambridge, MA 02141.

                                     /s/Antoinette E.M. Leoney
                                    ANTOINETTE E.M. LEONEY
                                    Assistant U.S. Attorney