UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs.                                                                                 CRIMINAL NO. 05-10053-NMG

TYRONE BATTLE

### ASSENTED TO MOTION FOR EXCLUDABLE DELAY

The defendant, Tyrone Battle, hereby moves for an order of excludable delay. As reason therefore, undersigned counsel is scheduled to commence a multiple defendant RICO jury trial on January 9, 2006, which is expected to last two to three months. It is in the interests of justice to grant the requested exclusion, which outweighs the best interests of the public and the defendant in a speedy trial. Accordingly, the defendant requests that this Court exclude all time, commencing on November 18, 2005, and concluding on March 20, 2006, that being the period between the Final Status Conference and the date of trial, in computing the time within which trial must commence under 18 U.S.C. § 3161.

The defendant further requests that this Court enter an Order of Excludable Delay. Undersigned counsel has conferred with counsel for the Government, who assents to this motion.

Respectfully submitted,
TYRONE BATTLE
By his attorney

/s/  MARK W. SHEA
Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood LLP
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722

1