UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.  Docket No. 05 CR 10053 NMG

**TYRONE BATTLE**

## EX PARTE APPLICATION FOR SERVICES

Request is hereby made on behalf of Tyrone Battle to allow the payment of expert fees for a psychologist in excess of the $300.00 guideline.

Such request is based upon the Declaration of Mark W. Shea, counsel appointed for Tyrone Battle, and all pleadings in the matter herein.

## DECLARATION OF MARK W. SHEA

I, Mark W. Shea, do hereby declare as follows:

1. I am the attorney of record in the matter herein, appointed to represent Tyrone Battle;

2. Mr. Battle is charged with being a felon in possession of a firearm and ammunition;

3. The case is scheduled for sentencing on July 25, 2005;

4. In the course of preparing for the defense it has come to my attention that Mr. Battle has suffered from learning disabilities and attended special classes in school;

5. The defense requires a qualified psychologist to conduct the specialized cognitive tests to make the diagnosis of Mr. Battle's learning disabilities;

6. I have enlisted the services of Eric Mart, Ph.D., a board certified forensic psychologist who has extensive experience regarding assessment of people with cognitive disorders;

1

7. Dr. Mart's expertise would be used to assist the defendant at his sentencing in regards to possible downward departures, and regarding the competence of the defendant to have waived his *Miranda* rights;

8. At the current CJA rate, the $300.00 guideline does not permit sufficient time for Dr. Mart's services;

9. Based on the above, counsel for defense requests fees up to $1,800.00 for Dr. Mart, which will include an evaluation of Mr. Battle, a written report, and conference with counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of May, 2005.

/s/ Mark Shea

Mark W. Shea
BBO No. 558319
Shea, LaRocque & Wood, LLP
47 Third Street, Suite 201
Cambridge, MA  02141-1265
telephone:    617.577.8722
facsimile:    617.577.7897
e-mail:       mwshea@slrw.net