```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )    CRIMINAL NO. 05-10053-NMG
     v.                      )
                             )
TYRONE B. BATTLE             )
 A/K/A Tyerone Battle        )
                             )
          Defendant.         )
```

**GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL BY ONE
ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Antoinette E.M. Leoney, Assistant U.S. Attorney, hereby moves, pursuant to U.S.S.G. §3E1.1(b) (effective April 30, 2003) and to the extent prescribed by U.S.S.G. §1B1.11, for an additional one level decrease in Defendant Tyrone B. Battle's offense level for acceptance of responsibility.  The defendant is scheduled to be sentenced on July 25, 2006.

As grounds therefore, the government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a guilty plea, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

WHEREFORE, the government respectfully requests that the Court impose an additional one level decrease in Defendant

Tyrone B. Battle's offense level for acceptance of

responsibility.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                            By:
                                               /s/ Antoinette E.M. Leoney
                                              ANTOINETTE E.M. LEONEY
                                              Assistant U.S. Attorney
Date: June 24, 2006                  (617) 748-3100

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by electronic court filing:

        Mark W. Shea, Esq.
        Shea, LaRocque & Wood, LLP
        47 Third Street, Suite 201
        Cambridge, MA 02141-1265

This 24th day of June, 2006.

                                              /s/Antoinette E.M. Leoney
                                              ANTOINETTE E.M. LEONEY
                                              Assistant U.S. Attorney