UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America

vs.                                                                           Criminal No.05-10053-NMG

Tyrone Battle

**Defendant's Assented to Motion for Continuance of the Sentencing Hearing**

NOW COMES the defendant in the above-entitled matter and respectfully requests that this Honorable Court grant him a continuance of the sentencing hearing.

The Assistant U.S. Attorney has assented to this motion. The delay is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A). As reason therefore, please see the attached affidavit.

Respectfully submitted,
TYRONE BATTLE
By his attorney

/s/ MARK W. SHEA                                        Dated:  July 20, 2006
Mark W. Shea
BBO No. 558319
47 Third Street, Suite 201
Cambridge MA  02141-1265
617.577.8722  telephone
617.577.7897  facsimile
mwshea@slrw.net

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 20, 2006.

/s/ Mark W. Shea
MARK W. SHEA